JOSEPH BROWN, as Administrator of the Estate of WILLIAM BROWN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Brown* v. *N. Y. C. & H. R. R. R. Co.,* 112 App. Div. 901, affirmed.
(Argued February 26, 1907; decided March 12, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 10, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's

intestate alleged to have been caused by the defendant's negligence.

*Henry Purcell* for appellant.

*Delos M. Cosgrove* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.